Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:    916.446.5297
Facsimile:    916.448.5047

Attorneys for Plaintiff JON SIMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JON SIMS,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF FRESNO,<br><br>        Defendant. | Case No. 1:13-CV-00989-BAM<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff JON SIMS substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing Adam & Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No. 071170, c/o Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as follows:

Messing Adam & Jasmine LLP

980 9th Street, Suite 380

Sacramento, CA 95814

Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

Email: james@majlabor.com

---

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

Case No. 1:13-CV-00989-BAM

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1 | I consent to the above substitution.
2 | /s/ Jon Sims
3 | Date: | Jon Sims
4 |
5 | I consent to being substituted. | **CARROLL, BURDICK & MCDONOUGH LLP**
6 | /s/ David Godwin
7 | Date: 12-15-15 | David Godwin
8 |
9 | I consent to the above substitution. | **MESSING ADAM & JASMINE LLP**
10 | /s/ James W. Henderson, Jr.
11 | Date: 12/16/15 | James W. Henderson, Jr.

## ORDER

The substitution of attorney is hereby approved.

IT IS SO ORDERED.

Dated: **December 17, 2015**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE